# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIT F. AUGBORNE,<br><br>                          Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, *et al*.,<br><br>                       Respondents. | Case No. 2:19-cv-01599-JAD-DJA<br><br>**Order Directing Petitioner to File an IFP Application or Pay Filing Fee**<br><br>[ECF No. 1] |

Petitioner Brit F. Augborne, a *pro se* Nevada prisoner, has not properly commenced this habeas action by either paying the standard filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). He submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 as part of his initiating documents (ECF No. 1), but he did not pay the $5 filing fee or submit an IFP application for incarcerated litigants with the appropriate supporting documentation. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

To proceed in a civil action without paying the standard filing fee, LSR 1-1 of the Local Rules of Practice and 28 U.S.C. § 1915 provide that a prisoner must submit the court's IFP application form for incarcerated litigants. Additionally, LSR 1-2 and § 1915 specifically require three items be submitted with a prisoner's IFP application: (1) a financial certificate signed by an authorized officer of the institution in which he or she is incarcerated, (2) a copy of his or her inmate trust account statement for the six-month period prior to filing, and (3) a signed financial affidavit showing an inability to prepay fees and costs or give security for them. Augborne will have until October 30, 2019, to either pay the $5 filing fee or submit a complete IFP application with all required attachments.

///

///

///

1

**IT THEREFORE IS ORDERED:**

1.  The Clerk of Court is instructed to MAIL Petitioner Brit F. Augborne a blank form application to proceed *in forma pauperis* for incarcerated litigants with instructions.

2.  **By October 30, 2019, Augborne must either (1) file an IFP application along with all required attachments or (2) pay the $5 filing fee. If Augborne does neither by this deadline, this case will be dismissed without prejudice and without further advance notice.**

Dated: September 30, 2019

_____
U.S. District Judge Jennifer A. Dorsey

2